In Pro Per
Gerardo V. Rodriguez
5815 Loveland St.
Bell Gardens, CA 90201
(562) 248-9448
RODRIGUEZJERRY65@YAHOO.COM

FILED
2011 DEC 20  PM 5: 22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GERARDO V. RODRIGUEZ,

　　　　Plaintiff,

vs.

FEDERAL EXPRESS CORPORATION;
VINCE SINATRA; BOB SICKLER; and
DOES 1 through 50, inclusive,
　　　　　　　　　to
　　　　Defendants.

Case No.: CV11 010524 DSF JCGx

COMPLAINT FOR DAMAGES

1. WRONGFUL TERMINATION

**DEMAND FOR JURY TRIAL**

Plaintiff, GERARDO RODRIGUEZ (hereinafter "Mr. Rodriguez"), alleges:

　　1.　　Mr. Rodriguez was, at all times mentioned in the Complaint, employed in the County of Los Angeles, California, and is a resident of Los Angeles, California.

　　2.　　Mr. Rodriguez is informed and thereon alleges that Defendant, FEDERAL EXPRESS CORPORATION (hereinafter referred to as "FEDEX"), is a corporation under the laws of the State of Delaware having its principal place of business in the State of Tennessee and has 15 or more employees at all times relevant herein.

　　3.　　Mr. Rodriguez is informed and thereon alleges that Defendant, VINCE SINATRA, was, at all times mentioned in the Complaint, employed in the County of Los Angeles, California, and was a resident of Los Angeles, California.

4. Mr. Rodriguez is informed and thereon alleges that Defendant, BOB SICKLER, was, at all times mentioned in the Complaint, employed in the County of Los Angeles, California, and was a resident of Los Angeles, California.

5. Mr. Rodriguez is unaware of the true names and capacities of those Defendants named and sued herein as Does 1 through 50, inclusive, and therefore sues them by such fictitious names. Mr. Rodriguez will amend the Complaint to allege their true names and capacities when the same have been ascertained. Mr. Rodriguez is informed and believes, and thereon alleges, that each of the fictitiously named defendants was negligently, intentionally, or in some other manner, responsible for the events and happenings herein referred to, and negligently, intentionally, or in some other manner caused the injuries and damages proximately caused thereby as herein alleged. Each reference in the Complaint to "Defendant," "Defendants" or to a specifically named Defendant herein refers to all Defendants sued under such fictitious names, and to all named Defendants.

6. The jurisdiction of this Court over the subject matter action is predicated on 28 U.S.C. Sec. 1331 because a federal question is at issue herein because Defendants are alleged to have violated Plaintiffs' rights under federal statutes including, but not limited to, Title VII, which protects Plaintiff's right to be free from discrimination and harassment in the workplace.

7. Venue is appropriate in the Central District of California because a substantial part of the events or omissions on which the claim is based occurred herein.

8. Mr. Rodriguez is informed and believes and on that information alleges that at all times herein mentioned that all Defendants, persons and/or entities named or identified herein or referenced hereby, and each of them, were the agents, employees and officers of each other and of each Defendant and, in doing the things hereinafter alleged, were acting within the scope, course and purpose of such agency (ostensible, explicit, implicit or direct), employment, and with the permission and consent of FEDEX; and that each of the acts or omissions complained of herein were authorized and/or ratified by FEDEX.

9. Mr. Rodriguez began her employment with FEDEX in 1989 and worked for FEDEX for twenty years.

10. Mr. Rodriguez is, as of the date of the complaint, 46 years of age, and is of Hispanic decent. [DOB: 11/13/1965]

-2-
COMPLAINT FOR DAMAGES

11. On or abut January 5, 2009, Mr. Rodriguez was unlawfully terminated from FEDEX due to his national origin, ancestry, race, and also because Mr. Rodriguez was retaliated against for being a witness in an investigation involving "sexually offensive behaviors" at work by Senior Manager Sickler.

12. Mr. Rodriguez timely filed a complaint with the U.S. Equal Employment Opportunity Commission (hereinafter referred to as "EEOC") based on discrimination of national origin, ancestry, race, and also because Mr. Rodriguez was retaliated against for being a witness in an investigation involving "sexually offensive behaviors" at work by Senior Manager Sickler.

13. In September 2011, Mr. Rodriguez received a Dismissal and Notice of Rights from the EEOC. The Notice contained Mr. Rodriguez's Right-to-Sue within 90 days of the receipt of the Notice. Mr. Rodriguez now timely files this Complaint and has complied with all statutory prerequisites to filing this Action and has also complied with all time deadlines.

## FIRST CAUSE OF ACTION

**[Wrongful Termination due to national origin, ancestry, race, age, and also because Mr. Rodriguez was retaliated against for being a witness in an investigation involving "sexually offensive behaviors" at work by Senior Manager Sickler against All Defendants]**

14. Mr. Rodriguez incorporates herein by reference Paragraphs 1 through 13, inclusive, of the Complaint as though fully set forth herein.

15. Mr. Rodriguez was employed by FEDEX as an Operations Manager on the date of his wrongful termination on or about January 5, 2009.

16. On or about January 5, 2009, Defendants wrongfully terminated Mr. Rodriguez due to Mr. Rodriguez's national origin, ancestry, race, age and also because Mr. Rodriguez was retaliated against for being a witness in an investigation involving "sexually offensive behaviors" at work by Senior Manager Sickler.

17. Mr. Rodriguez was severely harmed by Defendants' wrongful termination of his employment, and Defendants' termination was a substantial factor in causing Mr. Rodriguez's harm.

18. As a direct foreseeable and proximate result of Defendants' unlawful actions, Mr.

Rodriguez suffered, and continues to suffer, substantial losses of earnings, bonuses, and job benefits, and expenses incurred in the search for comparable employments and Mr. Rodriguez has suffered, and continues to suffer extreme and sever anguish, humiliation, emotional distress, nervousness, tension, anxiety and depression, the extent of which is not fully known at the time, and the amount of damage caused by Defendant's conduct is not fully ascertained, the amount of which will be proven at Trial, but at least $4,000,000.00.

19. Through its officers, directors, and/or managing agents directly as well as by their authorization and/or ratification, Defendants conducted itself with a conscious disregard of Mr. Rodriguez's rights and with the intent to vex, injure or annoy Mr. Rodriguez, such as to constitute oppression, fraud or malice, entitling Mr. Rodriguez to exemplary or punitive damages in an amount appropriate to punish Defendants.

## PRAYER FOR RELIEF

Wherefore, Mr. Rodriguez prays judgment as follows:

As to the FIRST CAUSE OF ACTION against FEDEX for violations of Government Code §12940 et seq.:

1. For all general damages and special damages, direct damages, incidental damages, and consequential damages, in an amount exceeding the jurisdictional minimum of the court, which amount is to be adduced according to proof at trial, but which shall not be less than $4,000,000; and,

2. For punitive and exemplary damages in an amount according to proof and subject to constitutional restrictions.

Respectfully submitted,

Dated: December 20, 2011

By: _____
Gerardo V. Rodriguez
In Pro Per

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated: December 20, 2011

By: _____
Gerardo V. Rodriguez
In Pro Per

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

### CV11- 10524 DSF (JCGx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Dale S. Fischer and the assigned discovery Magistrate Judge is Jay C. Gandhi.

The case number on all documents filed with the Court should read as follows:

```
CV11- 10524 DSF (JCGx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

Name & Address:
In Pro Per
Gerardo V. Rodriguez
5815 Loveland St.
Bell Gardens, CA 90201

**FOR OFFICE USE ONLY**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO RODRIGUEZ <br><br> PLAINTIFF(S) <br> v. <br> FEDERAL EXPRESS CORPORATION; VINCE SINATRA; BOB SICKLER; and DOES 1 through 50, inclusive <br><br> DEFENDANT(S). | CASE NUMBER <br><br> **CV11 010524 DSF JCGx** <br><br> SUMMONS |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within 21 ~~30~~ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, Gerardo Rodriguez_____, whose address is __5815 Loveland St., Bell Gardens, CA 90201_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: DEC 20 2011     By: CHRISTOPHER POWERS
                          Deputy Clerk

                          (Seal of the Court)

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)

Gerardo Rodriguez

**DEFENDANTS**

Federal Express Corporation

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Gerardo Rodriguez
5815 Loveland St., Bell Gardens, CA 90201, (562) 248-9948

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☐ **MONEY DEMANDED IN COMPLAINT:** $4,000,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

Title VII, 42 U.S.C. § 2000 Employment discrimination

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☑ 442 Employment | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | | **FEDERAL TAX SUITS** |
| | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV11 010524**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Delaware, USA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date  12-20-11

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |